DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CHAN SAETERN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHAN SAETERN,<br><br>　　　　　Defendant. | NO. 1:08-cr-0079 LJO<br><br>STIPULATION FOR RELEASE OF PROPERTY AND ORDER THEREON<br><br>Judge: Hon. Lawrence J. O'Neill |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ELANA LANDAU, Assistant United States Attorney, counsel for Plaintiff, and ANN H. VORIS, Assistant Federal Defender, counsel for Defendant Chan Saetern, that United States currency in the amount of $3,100 seized from Mr. Saetern's home at the time of his arrest, on or about February 22, 2008, may be returned forthwith to his wife, Diana Saephon.

　　　　On February 22, 2008, Mr. Saetern was arrested on Stanislaus County charges related to the possession of stolen guns. According to Police Reports and the Merced Evidence Report in that case (No. 2008-8168), a total of $3,100 in cash was seized from Mr. Saetern's home. Mr. Saetern told police that this money was from the sale of a vehicle and Ms. Saephon has provided documentation to support that

claim. The Bureau of Alcohol, Tobacco and Firearms has no objection to the immediate return of this money to Mr. Saetern. Mr. Saetern has agreed that the money should be returned to his wife.

Dated: August 29, 2008                           McGREGOR M. SCOTT
                                                 United States Attorney


                                         By:    /s/ Elana Landau
                                                 ELANA LANDAU
                                                 Assistant United States Attorney
                                                 Attorney for Plaintiff


Dated: August 29, 2008                           DANIEL J. BRODERICK
                                                 Federal Defender


                                         By:    /s/  Ann H. Voris
                                                 ANN H. VORIS
                                                 Assistant Federal Defender
                                                 Attorney for Defendant
                                                 Chan Saetern

## O R D E R

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:    September 2, 2008**            /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE