```
                                            FILED
                                         MAR 30 2009
                                      CLERK, U.S. DISTRICT COURT
                                      EASTERN DISTRICT OF CALIFORNIA
                                      BY _____
                                             DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                    )
        Plaintiff,                  )   No. 1:08-CR-079
                                    )
    vs.                             )   ORDER OF RELEASE
                                    )
CHAN SAETERN,                       )
                                    )
        Defendant.                  )
_____ )

The above named defendant having been sentenced on March 27, 2009, to a period of less than time already served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow. This Order in no way addresses any potential or existing Immigration or Deportation issues.

DATED: March 30, 2009                    _____
                                         HONORABLE LAWRENCE J. O'NEILL
                                         U.S. DISTRICT JUDGE

12/6/06 ordrelease.form

1